# COURT MINUTES OF SENTENCING HEARING

UNITED STATES of AMERICA,

v.   CASE NO. 20-CR-170-2-JPS

CODY E. SMITH.

## HON. J. P. STADTMUELLER PRESIDING

| | |
|---|---|
| DATE: February 10, 2023 | TIME SCHEDULED: 1:00 p.m. |
| COURT DEPUTY/CLERK: Annie Stanford | TIME CALLED: 1:05 p.m. |
| COURT REPORTER: Sue Armbruster | TIME FINISHED: 1:59 p.m. |

GOVERNMENT BY: Margaret Honrath

DEFENDANT BY: Craig Albee

PROBATION BY: Jim Fetherston

Notes:

1:06: Appearances; Court puts background of case on record, including Defendant's having pled guilty to Count One of the Information; Court notes it has reviewed presentence report

1:08: Parties have reviewed presentence report and have no objections to the facts as stated therein; Court therefore adopts the facts as stated in the presentence report

1:10: Court notes applicable Guidelines:
- Total Offense Level: 19
- Criminal History Category: I
- 30 to 37 months imprisonment
- 1 to 3 years supervised release
- $10,000.00 to $95,000.00 fine
- $100.00 special assessment

1:12: Defense comments on objection; Court inquires as to whether Defense has any further comments other than as already addressed in addendum; Defense does not; Court comments on objection and overrules same; parties otherwise have no objections; Court will therefore adopt Guidelines as originally recommended for purposes of considering Defendant's sentence