# FEDERAL DEFENDER SERVICES OF WISCONSIN, INC.

LEGAL COUNSEL

Craig W. Albee, Federal Defender
Krista A. Halla-Valdes, First Assistant

Joseph A. Bugni, Madison Supervisor
Elizabeth Blair
John W. Campion
Jessica Arden Ettinger
Anderson M. Gansner
Jonathan Greenberg
Gabriela A. Leija
Dennise Moreno
Ronnie V. Murray
Tom Phillip
Joshua D. Uller
Alex Vlisides
Kyle Kent, Diversity Fellow

411 East Wisconsin Avenue
Suite 2310
Milwaukee, Wisconsin 53202

Telephone 414-221-9900
Facsimile 414-221-9901

February 13, 2023


Honorable J. P. Stadtmueller
United States District Court
517 E. Wisconsin Avenue
Milwaukee, WI 53202

RE:     *United States v. Cody Smith*
        Case No.  20-cr-170

Dear Judge Stadtmueller:

Following sentencing, I spoke with Mr. Smith regarding his appellate rights. Mr. Smith has informed counsel that he has decided not to appeal.

Sincerely,


*s/Craig W. Albee*
Craig W. Albee

CWA/lc

FEDERAL DEFENDER SERVICES
   OF WISCONSIN, INC.

Page 2